## MITTELSTADT *v.* WULFERS.

*(City Court of New York, General Term.* November 25, 1892.)

LANDLORD AND TENANT—RENT—EXCUSE FOR NONPAYMENT—TERMS OF LEASE.

Where a lease provides that the lessor may enter the premises to repair the roof, and make alterations, and that the lessee will make no claim for damages by reason of any alteration, the latter cannot refuse to pay the rent for a certain time on the ground that during the time the premises were untenantable by reason of alterations and the removal of the roof.

Appeal from trial term.

Action by Emma Mittelstadt against Henry Wulfers for rent under a lease. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.

*Culver & Anthony,* for appellant. *Ten Eyck & Remington,* for respondent.

NEWBURGER, J. This action was brought to recover rent for two months under a lease. The defendant entered into possession of the premises, and paid the rent for four months, but refused to pay the last two months of the term, on the ground that the premises became untenantable, and unfit for occupation, by reason of the removal of the roof, and other alterations to the building. The lease provided that the plaintiff might enter the premises for the purpose of making repairs to the roof and alterations to the premises, and that defendant would make no claim for damages by reason of any alteration. From an examination of the record, it appears that no error was committed during the trial of this action. The trial justice was justified in directing a verdict for the plaintiff. For these reasons the judgment appealed from must be affirmed, with costs. All concur.